# PD-1418-15

## IN THE COURT OF CRIMINAL APPEALS OF AUSTIN TEXAS

LAWRENCE JAMES,JR                    §       IN THE JUDICIAL 252nd

VS.                                  §       DISTRICT COURT OF

THE STATE OF TEXAS                   §       JEFFERSON COUNTY TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

CAUSE NO. 13-14-00380-CR

MOTION TO SUSPEND T.R.A.P RULE 9.3(b), Rule 211(a)   NOV 03 2015

Abel Acosta, Clerk

To the Clerk of Court, the Applicant stated above request the Court to Suspend T.R.A.P Rule 9.3(b), and Rule 211(a).

The Applicant is unable to make the eleven (11) copies which is required by T.R.A.P Rule 211(a) and request the Court to provide the necessary copies.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

DATE: __10/30/15__

SINCERELY REQUESTED

LAWRENCE JAMES, JR
TDCJ-ID#1940637

cc:File